IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Federick, Pamela D | Case Number: 06 B 15185 |
|---|---|---|
| | Federick, Roger M | Judge: Goldgar, A. Benjamin |
| | Printed: 1/8/08 | Filed: 11/17/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 20, 2007
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,839.65 | |
| Secured: | | 8,360.87 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 22.36 |
| Trustee Fee: | | 456.42 |
| Other Funds: | | 0.00 |
| Totals: | 8,839.65 | 8,839.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 2,000.00 | 22.36 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | US Employees Credit Union | Secured | 16,860.75 | 5,232.93 |
| 4. | US Employees Credit Union | Secured | 3,146.98 | 120.66 |
| 5. | Cook County Treasurer | Secured | 4,550.12 | 332.51 |
| 6. | Great American Finance Company | Secured | 1,373.83 | 339.37 |
| 7. | US Employees Credit Union | Secured | 11,811.64 | 2,291.41 |
| 8. | US Employees Credit Union | Secured | 1,347.79 | 43.99 |
| 9. | AMC Mortgage Services Inc | Secured | 43,839.75 | 0.00 |
| 10. | Internal Revenue Service | Priority | 4,793.62 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 102.33 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 239.22 | 0.00 |
| 13. | Cavalry Portfolio Services | Unsecured | 6,097.33 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 30.42 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 3,687.01 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 17. | National City Bank | Unsecured | 254.88 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 5,737.88 | 0.00 |
| 19. | Jefferson Capital | Unsecured | 165.77 | 0.00 |
| 20. | US Employees Credit Union | Unsecured | 0.00 | 0.00 |
| 21. | Freemont Investment | Secured | | No Claim Filed |
| 22. | Freemont Investment | Secured | | No Claim Filed |
| 23. | Monterey Financial Services | Secured | | No Claim Filed |
| 24. | H&F Law | Unsecured | | No Claim Filed |
| 25. | Enterprise Rent A Car | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Federick, Pamela D | Case Number: 06 B 15185 |
|---|---|---|
| | Federick, Roger M | Judge: Goldgar, A. Benjamin |
| | Printed: 1/8/08 | Filed: 11/17/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Nicor Gas | Unsecured | | No Claim Filed |
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Accounts Receiveable Service | Unsecured | | No Claim Filed |
| 29. | Cmntyprp Mng | Unsecured | | No Claim Filed |
| 30. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 31. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 32. | Bally's | Unsecured | | No Claim Filed |
| 33. | Adventist LaGrange Memorial | Unsecured | | No Claim Filed |
| 34. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 35. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 36. | EMC Mortgage Corporation | Unsecured | | No Claim Filed |
| 37. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 38. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 39. | Julia Melbinger | Unsecured | | No Claim Filed |
| 40. | Nuvell Financial Services | Unsecured | | No Claim Filed |
| 41. | Niko | Unsecured | | No Claim Filed |
| 42. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 43. | H&F Law | Unsecured | | No Claim Filed |
| 44. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 45. | US Employees Credit Union | Unsecured | | No Claim Filed |
| 46. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 47. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 48. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 49. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 50. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 51. | World Trotter Collection | Unsecured | | No Claim Filed |
| 52. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 106,039.32 | $ 8,383.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 167.39 |
| 5.4% | 289.03 |
| | _____ |
| | $ 456.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

